*Mr. George W. Barnes* and *Wells Bell,* for appellant.

*Mr. J. T. Moore,* for respondent.

On motion of respondent the judgment of the lower court was affirmed for failure of the appellant to file the abstract of the record required by the rules of the court. No opinion.

AFFIRMED.

[Decided April 5, 1897.]

## CONNOR *v.* LAMBERT.

APPEAL from Crook County.

Suit by Connor Brothers against N. J. Lambert to enjoin the use of certain waters. There was a decree for plaintiffs, from which defendant appeals.

*Mr. George W. Barnes,* for appellant.

*Mr. J. F. Moore,* for respondent.

This is a companion case to *Connor* v. *Clark,* 30 Or. 382, and the appeal was dismissed on the authority of the prior decision. No opinion.

DISMISSED.